IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01226-WJM-CBS

JACK J. GRYNBERG,
d/b/a Grynberg Petroleum Company,

    Plaintiff,

v.

BAR S SERVICES, INC.,
a Wyoming corporation,
PATRICIA SMITH,
GREG K. SMITH,
FIRST NATIONAL BANK OF WYOMING,

    Defendants.

---

BAR S SERVICES, INC.,
a Wyoming corporation,

    Counter Claimant,

v.

JACK J. GRYNBERG,

    Counter Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on Defendants' Unopposed Motion to Stay Disclosures, Discovery, and Scheduling Conference Pending Decision on Motions to Dismiss and for Transfer of Venue or, Alternatively, to Reset Scheduling Conference Date (*doc # 20*), filed May 13, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED.  Discovery is STAYED in this action pending judicial action on the pending motions to dismiss and to change venue.

IT IS FURTHER ORDERED that the Scheduling Conference set for June 20, 2011 and the deadlines set in the court's Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting (*doc # 11*) are hereby VACATED.

IT IS FURTHER ORDERED that the court shall hold a status conference in this action on **July 15, 2011 at 9:15 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**     May 18, 2011