**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01226-WJM-CBS

JACK J. GRYNBERG, d/b/a GRYNBERG PETROLEUM COMPANY,

    Plaintiff,

v.

BAR S SERVICES, INC., a Wyoming Corporation,
PATRICIA SMITH, an individual,
GREG K. SMITH, an individual, and
FIRST NATIONAL BANK OF WYOMING

    Defendants.
_____

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
PENDING MOTIONS TO DISMISS FOR LACK OF PERSONAL
JURISDICTION AND TO TRANSFER VENUE**
_____

    This matter comes before the Court on Motion of Defendants' Bar S Services, Inc., Patricia Smith and Greg K. Smith, (ECF No. 27) to withdraw their pending motions to Dismiss for Lack of Personal Jurisdiction (ECF No. 12) and to Transfer Venue (ECF No. 13).  The Court being fully advised hereby ORDERS as follows:

    The Motion to Withdraw is GRANTED.  Defendants' Motion to Dismiss under Fed. R. Civ. P., Rule 12(b)(2) for lack of Personal Jurisdiction or Alternatively, Motion for Transfer of Venue (ECF No. 12), and Defendant Bar S Services, Inc.'s Motion for Transfer of Venue (ECF No. 13) are hereby WITHDRAWN WITHOUT PREJUDICE.

Dated this 21st day of June, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge